**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carole A Duffy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5143<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15666–SLM | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carole A Duffy

   <u>1/24/22</u>                                                                 **By the court:** <u>Stacey L. Meisel</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 17-15666-SLM
Carole A Duffy                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 3
Date Rcvd: Jan 24, 2022           Form ID: 3180W               Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole A Duffy, 5 Eastside Ave, Wanaque, NJ 07465-1703 |
| 516827629 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516717670 | | GM Finacial, P.O Box 1181145, Arlington, TX 76096 |
| 518335966 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518335967 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 516971039 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Jan 25 2022 01:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 516751619 | + | EDI: PHINAMERI.COM | Jan 25 2022 01:33:00 | ACAR Leasing LTD, GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516918075 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516717665 | + | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 516717667 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 24 2022 20:33:13 | Dfs/webbank, 1 Dell Way, Round Rock, TX 78682 |
| 516831869 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:12 | Dell Financial Services, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 516717666 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 24 2022 20:33:06 | Dell Prefferred, PO Box 81577, Austin, TX 78708-1577 |
| 516717668 | | EDI: DISCOVER.COM | Jan 25 2022 01:33:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 516729138 | | EDI: DISCOVER.COM | Jan 25 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516717671 | + | EDI: PHINAMERI.COM | Jan 25 2022 01:33:00 | Gmfinancial, Po Box 181145, Arlington, TX 76096-1145 |
| 516717672 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2022 20:30:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Menomonee Falls, WI 53051-7096 |
| 516905003 | Email/PDF: resurgentbknotifications@resurgent.com<br>Jan 24 2022 20:33:06 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516903250 | + EDI: MID8.COM<br>Jan 25 2022 01:33:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516955295 | EDI: PRA.COM<br>Jan 25 2022 01:33:00 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516717673 | + EDI: RMSC.COM<br>Jan 25 2022 01:33:00 | | Syncb/carecr, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516717674 | + EDI: RMSC.COM<br>Jan 25 2022 01:33:00 | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516717675 | EDI: RMSC.COM<br>Jan 25 2022 01:33:00 | | Syncb/walmar, Po Box 965024, El Paso, TX 79998 |
| 516720391 | + EDI: RMSC.COM<br>Jan 25 2022 01:33:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516717677 | EDI: TDBANKNORTH.COM<br>Jan 25 2022 01:33:00 | | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 516920583 | EDI: TDBANKNORTH.COM<br>Jan 25 2022 01:33:00 | | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 70 Gray Road, Falmouth, ME 04105 |
| 516818912 | + Email/Text: bncmail@w-legal.com<br>Jan 24 2022 20:30:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516717676 | + EDI: WTRRNBANK.COM<br>Jan 25 2022 01:33:00 | | Target/td, Po Box 673, Minneapolis, MN 55440-0673 |
| 516717679 | + EDI: CITICORP.COM<br>Jan 25 2022 01:33:00 | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516952724 | EDI: USBANKARS.COM<br>Jan 25 2022 01:33:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 516717680 | EDI: USBANKARS.COM<br>Jan 25 2022 01:33:00 | | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516717678 | | Td Bank N.a. |
| 516717669 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Debtor Carole A Duffy jim@jzlawyer.com office@jzlawyer.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Blaine | on behalf of Creditor TD Bank N.A. mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7